UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIEL R. WERMERS, an individual, | ) | 3:08-cv-0377-BES (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | August 7, 2008 |
| | ) | |
| STANDARD INSURANCE COMPANY, an Oregon corporation, STATE OF NEVADA PUBLIC EMPLOYEES BENEFITS PROGRAM, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Plaintiff has filed a Motion to Stay FRCP 26(f) Conference Pending Court's Decision on Motion to Remand (Doc. #6).  Good cause appearing,

    Plaintiff's Motion to Stay FRCP 26(f) Conference Pending Court's Decision on Motion to Remand (Doc. #6) is GRANTED.  The parties' FRCP 26(f) conference is stayed until twenty-one (21) days after the court's decision on the Motion to Remand (Doc. #5).

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:     /s/
Deputy Clerk